STATE OF CONNECTICUT *v.* PAUL MONAHAN

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 113 (AC 30487), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Kirstin B. Coffin,* special public defender, in support of the petition.

*Kathryn Ward Bare,* assistant state's attorney, in opposition.

Decided January 4, 2011

DANIEL DIAZ *v.* COMMISSIONER OF CORRECTION

The petitioner Daniel Diaz' petition for certification for appeal from the Appellate Court, 125 Conn. App. 57 (AC 30919), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Michael Zariphes,* special public defender, in support of the petition.

*Timothy F. Costello,* assistant state's attorney, in opposition.

Decided January 4, 2011

GEORGE FIGUEROA III *v.* COMMISSIONER OF CORRECTION

The petitioner George Figueroa III's petition for certification for appeal from the Appellate Court, 123 Conn. App. 862 (AC 28555), is denied.

*George Figueroa III,* pro se, in support of the petition.

Decided January 13, 2011